Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. 2:18-cv-0332-DMF |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| V & P, LLC, | |
| Defendant. | |

Pursuant to District of Arizona LRCiv 83.3, notice is hereby provided that Lindsay G. Leavitt of the law firm of Jennings, Strouss & Salmon, P.L.C. is associated as counsel of record in the representation of Defendant V & P, LLC in this matter

RESPECTFULLY SUBMITTED this 28th day of February, 2018.

**JENNINGS, STROUSS & SALMON, P.L.C.**

By: s/ Lindsay G. Leavitt
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, AZ  85004-2554
*Defendant*

5963844v1(88888.842)

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on February 28, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
ADA@strojnik.com
STROJNIK, P.C.
2375 East Camelback Road, Ste. 600
Phoenix, AZ 85016

☐ I hereby certify that on February 28, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                                            s/ Tana Davis-Digeno

2

5963844v1(88888.842)