Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>    Plaintiff,<br><br>vs.<br><br>V & P, LLC,<br><br>    Defendant. | No. 2:18-cv-0332-DMF<br><br>**NOTICE OF SERVICE OF DEFENDANT'S OFFER OF JUDGMENT** |

Defendant, V & P, LLC hereby provides notice that on February 28, 2018, it served electronically its Offer of Judgment upon all counsel listed in the attached mailing certificate.

RESPECTFULLY SUBMITTED this 28th day of February, 2018.

**JENNINGS, STROUSS & SALMON, P.L.C.**

By: s/ Lindsay G. Leavitt
   Lindsay G. Leavitt
   One East Washington Street, Suite 1900
   Phoenix, AZ  85004-2554
   *Defendant*

5963792v1(88888.842)

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on February 28, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
ADA@strojnik.com
STROJNIK, P.C.
2375 East Camelback Road, Ste. 600
Phoenix, AZ 85016

☐ I hereby certify that on February 28, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

            s/  Tana Davis-Digeno

5963792v1(88888.842)