Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>                         Plaintiff,<br><br>vs.<br><br>V & P, LLC,<br><br>                         Defendant | Case No: 2:18-00332-DMF<br><br>**NOTICE OF SUSPENSION**<br><br>**AND**<br><br>**REQUEST FOR STAY PENDING RETAINER OF NEW COUNSEL** |

    Please take note that Plaintiff's counsel's license to practice law has been suspended on an interim basis. Exhibit 1. Therefore, the undersigned counsel can no longer appear on Plaintiff's behalf.

    Plaintiff requests that the Court stay this proceeding for a period of sufficient duration for Plaintiff to find and engage new counsel.

    RESPECTFULLY SUBMITTED on the date reflected in the header.

                  **STROJNIK, P.C.**

                  */s/ Peter Strojnik*

                  Peter Strojnik, 6464
                  Attorneys for Plaintiff