# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>        Plaintiff,<br><br>v.<br><br>V&P LLC,<br><br>        Defendant. | No. CV18-0332 PHX DGC<br><br>**ORDER** |

On July 17, 2018, Plaintiff's counsel filed a motion to stay and notice of suspension. Doc. 25.

**IT IS ORDERED** that Plaintiff's counsel's motion to stay (Doc. 25) is **granted.** This case is stayed to **October 15, 2018.** Plaintiff shall either file a notice of intent to proceed pro se in this matter or new counsel for Plaintiff shall file a notice of appearance in this matter no later than **October 15, 2018.** The Clerk of Court is directed to terminate this matter and deny any pending motions as moot if Plaintiff fails to file a notice of intent to proceed pro se or a notice of appearance of new counsel on or before **October 15, 2018** without further order of the Court.

Dated this 28th day of September, 2018.

_David G. Campbell_
David G. Campbell
Senior United States District Judge